**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Donnell May Harris

Plaintiff,

v.

Case No.: 1:26−cv−07816
Honorable John F. Kness

M.T. Transit Inc

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 24, 2026:

MINUTE entry before the Honorable John F. Kness: Defendant has filed an answer to Plaintiff's complaint [14]. Accordingly, the Court asks that the Executive Committee refer this case to Magistrate Judge Kim for discovery supervision (including entering or amending all case management orders and resolving all discovery related motions), along with any settlement matters. Any deadlines previously set by this Court are to stand unless modified by Magistrate Judge Kim. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.