**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Donnell May Harris
Plaintiff,
v.
M.T. Transit Inc
Defendant.

Case No.: 1:26−cv−07816
Honorable John F. Kness

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Young B. Kim for the purpose of holding proceedings related to: discovery supervision (including entering or amending all case management orders and resolving all discovery related motions), along with any settlement matters. Mailed notice. (exr, )

Dated: September 24, 2026

/s/ John F. Kness
United States District Judge