**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Donnell May Harris
Plaintiff,
v.
M.T. Transit Inc
Defendant.

Case No.: 1:26−cv−07816
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 25, 2026:

MINUTE entry before the Honorable Young B. Kim: Parties are ordered to file a joint status report by October 8, 2026, including the following information: (1) whether the parties are discussing settlement and whether they require additional time to exhaust their efforts; and (2) if discovery should proceed, an agreed schedule for exchanging initial disclosures, filing a joint motion for protective order, and serving written discovery requests and answers thereto, including production of responsive documents. Parties are free to include any other information they wish for the court to note. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.