**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DONNELL MAY HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>M.T. TRANSIT INC.,<br><br>Defendant. | No. 26-CV-07816<br><br>Judge John F. Kness<br>Magistrate Judge Young B. Kim |

**JOINT STATUS REPORT**

Plaintiff Donnell May Harris and Defendant M.T. Transit Inc., by their respective attorneys, submit the following Joint Status Report pursuant to the Court's Order entered on September 25, 2026 [Dkt. 17]:

1. The parties are not discussing settlement at this time and do not require additional time to exhaust their efforts.

2. The parties agree, with the Court's consent, that discovery should proceed according to the following schedule:

   a. The parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on or before October 19, 2026;

   b. The parties shall serve written discovery requests and file any joint motion for a protective order on or before November 19, 2026; and

   c. The parties shall respond to written discovery requests on or before December 21, 2026.

Respectfully submitted,

*Kay Boychuk*

M. Katherine Boychuk
ASG LAW FIRM LLC
181 W. Madison St., Suite 4700
Chicago, IL 60602
(312) 274-2033
kay@asglawfim.com
*Attorney for Plaintiff*

Respectfully submitted,

*Taylor McGee*

Taylor A. McGee
KONICEK & DILLON, P.C.
70 W. Madison Street, Suite 2060
Chicago, IL 60602
(630) 262-9655
taylor@konicekdillonlaw.com
*Attorney for Defendant*

Dated: October 8, 2026