**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Donnell May Harris
Plaintiff,
v.
M.T. Transit Inc
Defendant.

Case No.: 1:26−cv−07816
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 9, 2026:

MINUTE entry before the Honorable Young B. Kim: In light of the status report (R. 18), the parties are ordered to adhere to the following written discovery schedule: (1) exchange Rule 26(a)(1) disclosures by October 19, 2026; (2) serve interrogatories and requests to produce documents (requests to admit may be timely served before the end of fact discovery) and file a joint motion for protective order by November 19, 2026; (3) serve answers to discovery requests (including production of responsive documents) by December 21, 2026; (4) confer about the adequacy of the discovery responses by January 13, 2027; and (5) file a joint status report identifying each side's written discovery issues (must identify the specific interrogatories and requests to produce), along with the relevant discovery responses as exhibits, by January 27, 2027. A discovery hearing is scheduled for February 10, 2027, at 1:00 p.m. in courtroom 1019. The court will not consider general objections to discovery requests when ruling on discovery issues. If the parties do not have any disputed written discovery issues, a status report is not required. If the parties require an adjustment to this written discovery schedule for good cause, they are to file a motion forthwith to modify the schedule or to schedule a status hearing to discuss it with this court. Finally, pursuant to Rule of Evidence 502(d), this court orders that "privilege or protection is not waived by disclosure connected with the litigation pending before the court−−−in which event the disclosure is also not a waiver in any other federal or state proceeding." The court further orders that upon written notification from the opposing side that a disclosure of privileged information has occurred, the party shall return and/or destroy the materials at issue or file a motion for a determination on the claimed privilege within seven calendar days of the written notification. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.