**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DONNELL MAY HARRIS, | |
| Plaintiff, | |
| v. | No. 26-CV-07816 |
| M.T. TRANSIT INC., | Judge John F. Kness<br>Magistrate Judge Young B. Kim |
| Defendant. | |

**DEFENDANT'S INITIAL RULE 26(a) DISCLOSURES**

Defendant M.T. Transit Inc., by and through its attorneys, KONICEK & DILLON, P.C., respectfully submits its initial disclosures pursuant to Federal Rule of Civil Procedure 26:

**RULE 26(a)(1)(A)(i) - Individuals Likely to Have Discoverable Information**

**Response:**

1. **Donnell May Harris**, Plaintiff, through his counsel of record. Plaintiff may possess discoverable information concerning the allegations in his Complaint, his employment with Defendant, medical condition, requested medical leave, communications with Defendant, attempted return to work, and alleged damages.

2. **Al Paloma**, M.T. Transit, Inc., through Defendant's counsel. Mr. Paloma may possess discoverable information concerning Plaintiff's employment, absence from work, the circumstances surrounding the filling of Plaintiff's position, Plaintiff's attempted return to work, and the medical clearance and Department of Transportation requirements applicable to his return.

3. **Plaintiff's treating physicians and medical providers, identities presently unknown**. These individuals may possess discoverable information concerning Plaintiff's medical condition, treatment, surgery, work restrictions, medical clearance, and ability to perform the essential functions of his employment.

Defendant's investigation remains ongoing. Defendant reserves the right to supplement these disclosures as additional individuals with discoverable information are identified through discovery and further investigation.

**RULE 26(a)(1)(A)(ii) - Documents, Electronically Stored Information, and Tangible Things**

**Response:** Defendant may rely upon employment and personnel records relating to Plaintiff, including records concerning his employment history, leave or absence from work, communications regarding his return to work, medical clearance and drug testing requirements, and applicable Department of Transportation regulations and compliance documentation. Defendant may also rely upon relevant communications and records concerning the availability and staffing of Plaintiff's former position.

Defendant's investigation and collection of potentially relevant documents remain ongoing. Defendant will supplement these disclosures as additional responsive materials are identified.

**RULE 26(a)(1)(A)(iii) - Computation of Damages**

**Response:** Defendant does not assert any claim for damages in this action. Accordingly, no computation of damages is applicable.

**RULE 26(a)(1)(A)(iv) - Insurance Agreements**

**Response:** Defendant is presently investigating whether any insurance agreement exists under which an insurer may be liable to satisfy all or part of a judgment in this action or indemnify or

reimburse Defendant for payments made to satisfy such judgment. Defendant will supplement this disclosure as appropriate upon completion of that investigation.

**RULE 26(a)(2) - Expert Witnesses**

**Response:** Defendant has not identified any expert witnesses it presently intends to use at trial. Defendant reserves the right to identify and disclose expert witnesses, including any appropriate rebuttal experts, in accordance with the deadlines established by the Court and the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Amir R. Tahmassebi

Amir R. Tahmassebi
Taylor A. McGee
KONICEK & DILLON, P.C. (Firm No. 37199)
70 W. Madison, Suite 2060
Chicago, IL 60602
(630) 262-9655
amir@konicekdillonlaw.com
taylor@konicekdillonlaw.com

## CERTIFICATE OF SERVICE

I, non-attorney, declare under penalty of perjury under 28 U.S.C. § 1746 that on October 19, 2026, a true and correct copy of the foregoing **DEFENDANT'S INITIAL RULE 26(a) DISCLOSURES** was served upon the following counsel of record via electronic mail:

Andrew R. Greene
M. Katherine Boychuk
Anand C. Matthew
ASG LAW FIRM, LLC
181 W. Madison St., Suite 4700
Chicago, IL 60602
kay@asglawfirm.com

By: /s/ Sarah M. Jacob