**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DONNELL MAY HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>M.T. TRANSIT INC.,<br><br>Defendant. | No. 26-CV-07816<br><br>Judge John F. Kness<br>Magistrate Judge Young B. Kim |

**NOTICE OF MOTION**

Please take notice that on December 3, 2026, at 11:0 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Young B. Kim, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1019, Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, to present the **Plaintiff Donnell May Harris' Motion for Confidentiality Order**.

Dated: November 19, 2026

Respectfully submitted,

Donnell May Harris

By: /s/ M. Katherine Boychuk
M. Katherine Boychuk
ASG LAW FIRM LLC
181 W. Madison St., Suite 4700
Chicago, IL 60602
(312) 274-2033
kay@asglawfirm.com

*Attorney for Plaintiff Donnell May Harris*

## CERTIFICATE OF SERVICE

I, Fox Johnston, a non-attorney, hereby certify that on November 19, 2026, I electronically filed the foregoing **Notice of Motion** with the Clerk of Court using the CM/ECF system, which caused a copy of the filing to be served on all counsel of record.

/s/ Fox Johnston