**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Donnell May Harris
Plaintiff,
v.
M.T. Transit Inc
Defendant.

Case No.: 1:26−cv−07816
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 20, 2026:

MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion for the entry of a confidentiality order [21] is entered and continued. Appearance on December 3, 2026, is not required. Defendant is ordered to file a response to the motion by December 1, 2026. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.